# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>ROBERT PATRICK RAHON,<br><br>    Defendants. | 4:18CR3037<br><br>**MEMORANDUM AND ORDER** |

Defendant Rahon appeared before me on May 10, 2018. Co-defendant Giorgetti was arrested and first appeared before me on July 24, 2018. The underlying indictment alleges a single drug charge against both defendants, and absent an order severing the trial, the defendants will be tried together.

Accordingly,

IT IS ORDERED that as to Defendant Rahon, the time between May 10, 2018 and July 24, 2018, shall be deemed excludable in any computation of time under the requirements of the Speedy Trial Act, because additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

July 27, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge